IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

C. T., MOTHER OF C. M. F.,
MINOR CHILD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

CASE NO. 1D16-2299

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Respondent.

_____/

Opinion filed June 17, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

C. T., Mother of C. M. F., Minor Child, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Rebecca Kapusta, Interim General Counsel, Florida Department of Children and Families, Tallahassee, for Respondent (no appearances).

PER CURIAM.

    The petition for belated appeal is denied without prejudice to the petitioner filing a petition for writ of habeas corpus in the trial court.  See B.K. v. State, Dep't of Children and Families, 984 So. 2d 621 (Fla. 2d DCA 2008).

ROWE, KELSEY, and JAY, JJ., concur.